## Mains *v.* Fulton et al., Appellants.

Argued March 18, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*James C. Evans,* for appellants.

*Andrew L. Weil,* with him *Egler, McGregor & Reinstadtler,* for appellees.

OPINION PER CURIAM, April 23, 1969:
While this Court affirms the decree of the court below, we feel that the imposition of damages is not dictated by the equities in the case.

The decree is modified by striking the award of damages and as modified affirmed. Each party to pay own costs.